UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

                                         **NOTICE OF APPEARANCE**

          -against-                        20 CR 521 (CM)

MATTHEW NORTON,

                        Defendant.
-----------------------------------------------------x

SIR/MADAM:

     PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby

appear in the above-captioned criminal case for defendant MATTHEW NORTON,

and have been retained as an attorney for said defendant.  I was admitted to

practice law in this district in or about May of the year 1988.

Dated:  Port Washington, New York
        October 6, 2020

                        Yours, etc.,

                            /JRF/

                        _____
                        JAMES R. FROCCARO, JR. (JRF-5461)
                        20 Vanderventer Avenue, Suite 103W
                        Port Washington, NY 11050
                        (516) 944-5062 (phone)
                        (516) 944-5066 (fax)
                        JRFESQ61@aol.com (e-mail)